### TOLLAND COUNTY, FEBRUARY TERM, A. D. 1793.

### SNOW v. CHAPMAN.

If a deed grants all the lands within certain bounds, and calls it more than it is — the covenants extend only to the land within the bounds.

ACTION upon the covenants of seisin, declaring that the defendant for the consideration of £180 bargained and sold to the plaintiff, a piece of land, containing 110 acres, butted and bounded as follows, viz. [describes particularly the lines and bounds] as appeared by said deed dated the 30th of April A. D. 1790, and in and by said deed did covenant that he was

well seized of said bargained and granted premises, as a good indefeasible estate, in fee-simple, etc. and that at the execution of said deed the defendant was well seized of ninety acres of said land only; and of twenty acres thereof he was not well seized, nor had any right to sell the same. Damage £40.

Plea — That the defendant had kept and performed his covenants in said deed. Issue to the court.

It appeared that the defendant had a good title to all the lands within the bounds and lines described in said deed — but that in fact there was but ninety acres contained within said lines and bounds.

The question was — What were the granted premises; for of them the defendant covenanted that he was well seized; were they 110 acres of land, or only all the land contained within the bounds described?

The court were of opinion that the deed granted nothing but the lands lying within the bounds described, and gave judgment for the defendant, that he had kept and performed his covenants.